UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
CASE NO. 3-15-cv-238-DJH
**ELECTRONICALLY FILED**

RICHARD LACKEY and
DARLENE LACKEY )

Plaintiffs )

vs. )

PROPERTY AND CASUALTY
INSURANCE COMPANY OF HARTFORD, )

Defendant )

**NOTICE OF REMOVAL**

Comes the Defendant, Property and Casualty Insurance Company of Hartford ("Hartford"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Western District of Kentucky at Louisville, states as follows:

1. Hartford is a named Defendant in a lawsuit filed by Plaintiffs, Richard Lackey and Darlene Lackey on March 6, 2015, in Jefferson Circuit Court, Jefferson County, Kentucky, designated as Case No. 15-CI-001106, hereinafter referred to as "the Action." Defendant, Hartford, first received notice of the Action by service of process on or about March 12, 2015 through the office of the Secretary of State for the Commonwealth of Kentucky.
2. The Action is a civil action wherein Plaintiffs seek damages arising from an alleged breach of insurance contract. Upon information and belief, Plaintiffs are residents of Kentucky. Defendant, Hartford, is now and was at the time of the filing of the Action, a citizen of the State of Indiana being a corporation

incorporated under the laws of the State of Indiana, having its principal place of business at 501 Pennsylvania Parkway, Suite 400, Indianapolis, IN 46280-0014.

3. Upon information and belief, the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

4. In the Action, Plaintiffs have claimed that they sustained property damage, have been denied use of their residence and/or contents, and incurred other related costs, resulting from Hartford's alleged breach of the terms of an insurance policy. Moreover, prior to the Action, in a demand letter dated April 22, 2014, Plaintiffs demanded approximately $780,000 in additional repair and replacement costs, damaged contents, loss of use of the premises, and other alleged "collateral" damages.

5. The Action is within the Court's original jurisdiction pursuant to 28 U.S.C. § 1332 by reason of diversity of citizenship of the parties and the amount in controversy. The Action is properly removed to this Court pursuant to 28 U.S.C. § 1441.

6. This Notice is accompanied by copies of all process, pleadings and orders served on this Defendant in the Action, and all documents filed by this Defendant in the Action.

7. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in the Action, and the time for filing this Notice under the statutes of the United States has not expired.

8. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Property and Casualty Insurance Company of Hartford, notifies the Court of its removal of the Action from the Jefferson Circuit Court in Jefferson County, Kentucky.

Respectfully submitted,

DOUGLAS L. HOOTS
GREGORY M. FUNFSINN
LANDRUM & SHOUSE LLP
P.O. Box 951
Lexington, Kentucky 40588-0951
Telephone: (859) 255-2424
Fax: (859) 233-0308
dhoots@landrumshouse.com
gfunfsinn@landrumshouse.com

BY: /s/ Douglas L. Hoots
ATTORNEY FOR DEFENDANT, HARTFORD

**CERTIFICATE OF SERVICE**

It is hereby certified that on the 1st day of April 2015, I electronically filed the foregoing with the clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following via United States mail:

Richard H. Nash, III
1916 Kentucky Home Life Bldg.
239 South Fifth Street
Louisville, Kentucky 40202
T: (502) 584-6394
F: (502) 584-1404

B. Travis Newman
722 Kentucky Home Life Bldg.
239 South Fifth Street
Louisville, Kentucky 40202
T: (502) 589-3363
F: (502) 584-3364

BY: /s/ Douglas L. Hoots
ATTORNEY FOR DEFENDANT,
HARTFORD